-1-

**E-FILED 7/8/14**

**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT KLEIN,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>WALT DISNEY COMPANY,<br><br>　　　　Defendant. | Case No. CV13-01358 PSG (DTBx)<br><br>**Honorable Phillip S. Gutierrez**<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Complaint Filed: February 25, 2013<br>Trial Date:　　　July 22, 2014 |

-1-

[PROPOSED] JUDGMENT

## JUDGMENT

The court, the Honorable Phillip S. Gutierrez, District Judge presiding, having considered defendant's Motion for Summary Judgment (Dkt. #25) and the arguments and evidence presented in the moving, opposition, and reply papers without oral argument pursuant to Federal Rules of Civil Procedure 78(b) and Local Rule 7-15, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered on June 6, 2014 granting defendant The Walt Disney Company's Motion for Summary Judgment,

**IT IS ORDERED AND ADJUGED** that the plaintiff Robert Klein take nothing by his complaint, that the action be dismissed on the merits, and that defendant The Walt Disney Company recover its costs.

Dated: July __7__, 2014

**PHILIP S. GUTIERREZ**
_____
HON. PHILLIP S. GUITIERREZ
U.S. DISTRICT JUDGE

[PROPOSED] JUDGMENT